# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWENA ALBANNA, an individual, | Case No. 5:12-cv-00389-RGK-DTB |
| Plaintiff, | Hon. R. Gary Klausner |
| vs. | |
| JP MORGAN CHASE BANK, N.A., and DOES 1 through 20, inclusive, | [PROPOSED] JUDGMENT |
| Defendants. | |

1  WHEREAS, on May 1, 2012, the Court granted Defendant JPMorgan Chase
2  Bank, N.A.'s Motion to Dismiss the Complaint of Plaintiff Rowena Albanna. *See*
3  Court Docket No. 14.
4  NOW, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that
5  all claims in the Complaint of Plaintiff Rowena Albanna are DISMISSED as to
6  Defendant JPMorgan Chase Bank, N.A.
7  **SUCH JUDGMENT IS HEREBY ENTERED.**

Dated: 07-11-2012

_____
Hon. R. Gary Klausner
United States District Court Judge
Central District of California